454 CHICAGO RUBBER COMPANY vs. CIRCUIT JUDGE (Branch), No. 11725½

To vacate an order striking a deposition from the files, in a case where there was testimony tending to show that the deposition was taken by one member of a law firm, another member

appearing for the party in whose behalf the deposition was taken.

Order to show cause denied February 10, 1891.